UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY HAIGHT, an individual, on
behalf of himself and all others similarly
situated,

    Plaintiff,

v.

BLUESTEM BRANDS, INC., d/b/a
FINGERHUT, a Delaware Corporation,

    Defendant.

Case No. 6:13-cv-1400-JA-KRS

### Plaintiff's Unopposed Motion for Withdrawal of MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff respectfully requests that the Court permit him to withdraw his motion for preliminary approval of class action settlement, Docket Entry 49. In support of this motion, plaintiff states:

1.    This is a Telephone Consumer Protection Act, 47 U.S.C. §227 case, alleging improper autodialed debt collection calls to cellular telephones.

2.    On October 17, 2014, Plaintiff Timothy Haight filed a motion for preliminary approval of a class action settlement in this matter. Docket Entry 49. On May 14, 2015, Judge Spaulding recommended that the motion be denied.

3.    Plaintiff has reviewed Judge Spaulding's report and recommendation, and has conferred extensively regarding the order with counsel for Bluestem Brands, Inc., including an in-person meeting on May 27, 2015, about how the case should progress.

4.    The parties have not made a final determination of how they wish to proceed, but Bluestem Brands, Inc. has stated it does not oppose Plaintiff's request that the motion for

preliminary approval be withdrawn.

5.      The parties further request that the Court set a scheduling conference for some time in the next 30 days.

WHEREFORE, plaintiff respectfully requests that the Court permit him to withdraw his motion for preliminary approval of the class action settlement, Docket Entry 49.

## **CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 3.01(g), counsel for Plaintiff has conferred on this matter with counsel for Defendant. Counsel for the Defendant does not oppose the filing of this motion.

Dated: May 28, 2015

*/s/ Scott D. Owens*
Scott D. Owens
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Phone: (954) 589-0588
Fax: (954) 337-0666
Email: Scott@scottdowens.com

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Phone: (312) 729-5288
Fax: (312) 729-5289
Email: ABurke@BurkeLawLLC.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Scott D. Owens*
Scott D. Owens, Esq.

Page **3** of **3**
US.57086369.01