# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TIMOTHY HAIGHT,**

        **Plaintiff,**

**v.**                                   **Case No:  6:13-cv-1400-Orl-28KRS**

**BLUESTEM BRANDS, INC.,**

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 49).  The United States Magistrate Judge has submitted a Report (Doc. 55, filed May 14, 2015) recommending that the motion be denied.

Neither party has filed an objection to the Report.  However, on May 28, 2015, Plaintiff filed an Unopposed Motion for Withdrawal of Motion for Preliminary Approval of Class Action Settlement (Doc. 56).  After review of the record, and noting that the parties have not objected to the Report but that Plaintiff seeks to withdraw the underlying motion, it is **ORDERED** as follows:

1.      To the extent that Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 49) is not moot, the Report and Recommendation filed May 14, 2015 (Doc. 55) is **ADOPTED** and **CONFIRMED**.

2.      To the extent it is not moot, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Doc. 49) is **DENIED.**

3.      Plaintiff's Unopposed Motion for Withdrawal of Motion for Preliminary Approval of Class Action Settlement (Doc. 56) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida, on June 1, 2015.


JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record