**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TIMOTHY HAIGHT, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   **Case No. 6:13-cv-01400-Orl-28KRS** |
| v. | ) |
| | ) |
| BLUESTEM BRANDS, INC. | ) |
| | ) |
|    Defendant. | ) |

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The Parties hereto, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal of this action without prejudice, and without costs.

Dated: August 4, 2015.

                                            */s/ Scott D. Owens*
                                            Scott D. Owens, Esq.
                                            SCOTT D. OWENS. P.A.
                                            3800 S. Ocean Dr., Ste. 235
                                            Hollywood, FL 33019
                                            Tel: 954-589-0588
                                            Fax: 954-337-0666
                                            scott@scottdowens.com

                                            Alexander H. Burke
                                            Burke Law Offices, LLC
                                            155 N. Michigan Ave., Suite 9020
                                            Chicago, IL 60601
                                            (312) 729-5288
                                            (312) 729-5289 (fax)
                                            aburke@burkelawllc.com

                                            */s/ Erin L. Hoffman*
                                            Aaron D. Van Oort (MN No. 315539)
                                            Eileen M. Hunter (MN No. 0336336)
                                            Erin L. Hoffman (MN No. 0387835)

>FAEGRE BAKER DANIELS LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402
>Tel.: (612) 766-7000
>Fax: (612) 766-1600
>Email: aaron.vanoort@FaegreBD.com
>Email: eileen.hunter@FaegreBD.com
>Email: erin.hoffman@FaegreBD.com
>Peter B. King (FBN: 0057800)
>WIAND GUERRA KING P.L.
>5505 W. Gray Street
>Tampa, FL 33609
>Phone: (813) 347-5100
>Fax: (813) 347-5198

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

>By: /s/ Scott D. Owens
>Scott D. Owens, Esq..